## JASON RAY DIZICK,
*Appellant,*

*v.*

## Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-12-763-M; A116890

57 P3d 952

Bob Pangburn argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.*

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Armstrong, J., *vice* Warren, S. J.